68 A.3d 326

**THOMPSON NATIONAL PROPERTIES, LLC and TNP Property Manager, LLC and NNN 300 Four Falls 4, LLC, Petitioners**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

June 7, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of June, 2013, NNN 300 Four Falls 1, LLC et al.'s "Unopposed Petition to Intervene" is **GRANTED.** The May 16, 2013 Order entered by Madame Justice Todd temporarily staying the trial court's order pending this Court's review is **VACATED,** and, upon our review, Petitioners' "Emergency Application for Extraordinary Relief in the Nature of a Writ of Prohibition" is **DENIED.**